[No. 15869–4–I. Division One. May 26, 1987.]

MARGARET BOGATIN, ET AL, *Appellants,* v. THE VILLAGE, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–2–02098–9, Thomas G. McCrea, J. Pro Tem., entered January 7, 1985. *Reversed* by unpublished opinion per Grosse, J., concurred in by Williams and

Coleman, JJ.